**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6194**

_____

JAMES F. DEGOURVILLE,

                                Petitioner - Appellant,

        versus

JANET RENO, Attorney General of the United
States,

                                Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-98-160)

_____

Submitted:  November 23, 1999        Decided:  December 17, 1999

_____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James F. DeGourville, Appellant Pro Se.  Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; Frank Watson Hunger, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James F. DeGourville, a resident alien, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See DeGourville v. Reno, No. CA-98-160 (E.D. Va. Dec. 16, 1998). We deny DeGourville's motion for appointment of counsel; we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED